

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2016

No. 04-16-00140-CR

Matthew David **LEAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 492801
Honorable Jason Wolff, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to August 18, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Adam Crawshaw               Jennifer Rossmeier
Law Office of Adam John Crawshaw    Bexar County Assistant District Attorney
625 N. Alamo St                  101 W. Nueva St.
San Antonio, TX 78215         San Antonio, TX 78205